Michael L. LaClare, Esq. (ISB #7924)
Associate General Counsel
Melaleuca, Inc.
3910 S. Yellowstone Hwy.
Idaho Falls, ID 83402
Telephone: (208) 522-0700
Fax: (208) 534-2063

U.S. COURTS

MAR 1 2 2009

Rcvd_____Filed_____Time_____
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

Attorney for Frank L. VanderSloot and McKay Christensen

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re FRANK L. VANDERSLOOT'S and MCKAY CHRISTENSEN'S Joint Motion to Quash HERBALIFE INTERNATIONAL OF AMERICA, INC.'s Deposition Subpoenas | Case Number: MS-09-6613<br><br>With reference to:<br>Case Number: 07-CV-02529-GAF<br>United States District Court,<br>Central District of California<br><br>**JOINT MOTION TO QUASH SUBPOENAS ISSUED TO NON-PARTIES FRANK L. VANDERSLOOT AND MCKAY CHRISTENSEN** |

Frank L. VanderSloot and McKay Christensen, by and through their undersigned counsel, move this Court, pursuant to Federal Rule of Civil Procedure 45(c)(3), for an order quashing the deposition subpoenas delivered to them at the direction of Herbalife International of America, Inc. on March 6, 2009. This motion is supported by the accompanying memorandum of points and authorities, and the affidavits of Frank L. VanderSloot, McKay Christensen, and Michael LaClare, filed concurrently herewith.

DATED this 12th day of March, 2009.

_Michael La Clare_
Michael LaClare, ISB No. 7924
Attorney for Frank L. VanderSloot and McKay Christensen

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2009, I electronically filed the foregoing **JOINT MOTION TO QUASH SUBPOENAS ISSUED TO NON-PARTIES FRANK L. VANDERSLOOT AND MCKAY CHRISTENSEN** with the clerk of the Court using the CM/ECF system, and that I caused a true and correct copy of the same to be served upon the following person in the manner(s) indicated below.

| | |
|---|---|
| Alexander J. Shvartsman, Esq.<br>Morrison & Foerster<br>555 West Fifth Street, Suite 3500<br>Los Angeles, CA 90013<br>Fax no. (213) 892-5454<br>E-mail: ashvartsman@mofo.com | [ ] Electronic Case Filing system<br>[ ] Hand Delivery<br>[ ] Overnight Courier<br>[X] E-mail<br>[X] Fax |

_Michael LaClare_
Michael LaClare, ISB No. 7924
Attorney for Frank L. VanderSloot and McKay Christensen