## AFFIDAVIT OF MICHAEL LACLARE

I, Michael LaClare, hereby depose, swear, and affirmatively state and attest, under penalty of perjury, as follows:

1. I am employed as Associate General Counsel by Melaleuca, Inc., a non-party to litigation that is pending in the United States District Court for the Central District of California under Case Number 07-CV-02529-GAF.

2. Attached hereto as Exhibit A are true and correct copies of subpoenas delivered to Frank L. VanderSloot and McKay Christensen on March 6, 2009 at the direction of Herbalife International of America, Inc.

3. Attached hereto as Exhibit B are true and correct copies of a March 9, 2009 letter I sent to Alexander Shvartsman (counsel for Herbalife) and the objections that were enclosed with the letter.

4. Attached hereto as Exhibit C is a true and correct copy of a March 10, 2009 letter I sent to Alexander Shvartsman.

5. Attached hereto as Exhibit D is a true and correct copy of a March 10, 2009 letter that I received from Alexander Shvartsman.

6. Attached hereto as Exhibit E is a true and correct copy of a March 11, 2009 e-mail that I sent to Alexander Shvartsman. As reflected in that e-mail, I spoke with Mr. Shvartsman on March 11 to discuss the proposal outlined in my March 10, 2009 letter for coming to agreement regarding the depositions of Messrs. VanderSloot and Christensen. During our conversation, Mr. Shvartsman stated that it would not be possible for us to come to an agreement that would include Herbalife's acceptance of the conditions listed in our proposal.

I declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge and belief.

Signature: *Michael LaClare*   Date: 3/12/09
Michael LaClare

STATE OF IDAHO   )
                 ) ss
County of Bonneville )

On this 12th day of March, 2009, before me, the undersigned, a Notary Public in and for the State of Idaho, appeared Michael LaClare, known to me to be the person whose name is subscribed to the foregoing affidavit consisting of two pages, including this page, and acknowledged to me that he executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

*Julie C. Miller*
NOTARY PUBLIC
My Commission Expires: 2/18/2015

Affidavit of Michael LaClare – Page 2