**MORRISON | FOERSTER**

555 WEST FIFTH STREET
LOS ANGELES
CALIFORNIA 90013-1024

TELEPHONE: 213.892.5200
FACSIMILE: 213.892.5454

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

March 10, 2009

Writer's Direct Contact
213.892.5698
AShvartsman@mofo.com

By Fax and Email

Michael LaClare, Esq.
Melaleuca, Inc.
3910 South Yellowstone Highway
Idaho Falls, Idaho 83402-6003

Re: *Herbalife v. Ford*, CV 07 2529 GAF - Subpoenas to F. VanderSloot and M. Christensen

Dear Mr. LaClare:

I have received your email dated March 10, 2009 attaching your response to my letter dated March 9, 2009. While we are willing to discuss alternate deposition dates for Messrs. VanderSloot and Christensen, absent an agreement between Melaleuca, Defendants and Herbalife on such an alternate date or service of a motion to quash filed by Melaleuca, we must insist on going forward with the depositions of Messrs. VanderSloot and Christensen on March 13, 2009.

We will send fees for both Mr. VanderSloot and Mr. Christensen by overnight mail tomorrow morning.

Sincerely,

Alexander J. Shvartsman

la-1020031