## Michael LaClare

**From:** Michael LaClare
**Sent:** Wednesday, March 11, 2009 4:13 PM
**To:** 'Shvartsman, Alex J.'
**Subject:** as we just discussed...

Alex:

As we just discussed, it appears that there is no possibility for us to come to an agreement that would include Herbalife's acceptance of the conditions listed in my March 10, 2009 letter to you with regard to the deposition subpoenas Herbalife has delivered to Frank L. VanderSloot and McKay Christensen. Because an agreement is not possible, we must file motions to quash the subpoenas in order to avoid any risk of contempt of court, and we plan to file those motions. Given that we will be filing motions to quash, Messrs. VanderSloot and Christensen will not be appearing for depositions on March 13.

Thanks,
Mike

Michael LaClare
Associate General Counsel
Melaleuca, Inc.
3910 S. Yellowstone Hwy.
Idaho Falls, ID 83402
Phone: (208) 522-0700
E-mail:  mlaclare@melaleuca.com