## AFFIDAVIT OF FRANK L. VANDERSLOOT

I, Frank L. VanderSloot, hereby depose, swear, and affirmatively state and attest, under penalty of perjury, as follows:

1.    I am the CEO of Melaleuca, Inc.

2.    On Friday, March 6, 2009 at approximately 4:00 pm, a subpoena was delivered to me. The subpoena indicated that I was to appear for a deposition on March 13, 2009 at 9:00 am. I understand that the subpoena was issued by Herbalife International of America, Inc. The subpoena was not accompanied by a check or any other form of payment.

3.    Given the significant responsibilities I have as the CEO of Melaleuca, it is difficult for me to adjust my schedule to make room for a half-day or full-day event with less than two weeks notice.

4.    It would be particularly difficult for me to adjust my schedule to testify at a deposition on March 13, 2009 because of a Melaleuca conference taking place the following week. The conference is called Standing Executive Leadership Council ("SELC"), and it is a semi-annual Melaleuca event attended by hundreds of Melaleuca's highest ranking Marketing Executives. The SELC taking place during the week of March 16, 2009 is being held in Tucson, Arizona. I will be making presentations at the conference. In addition to preparing for those presentations, it is my personal responsibility to help with other preparations for the conference. Given my current obligations in connection with SELC and my other regular responsibilities, it would create a hardship for me to be required to adjust my schedule to testify at a deposition on March 13, 2009. Indeed, since approximately two months ago and up through Tuesday, March 10, I was scheduled to be out of town on March 13, 2009 to host an off-site event for Melaleuca's senior management, but I have had to cancel my plans to host that event because of the many current demands on my time given these very serious economic conditions.

5.    I am informed that Herbalife is in litigation with the following individuals, who I understand are currently Melaleuca Marketing Executives:  Robert and Julia Ford, Bruce and

Nancy Roth, Jeff and Kathy Orr, Jason Fisher, and Dianna Thompson. I have little if any knowledge about (1) the specific circumstances under which these individuals became Melaleuca Marketing Executives or (2) any specific efforts by these individuals to build a business as Melaleuca Marketing Executives.

I declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge and belief.

Signature: _Frank L. VanderSloot_          Date: _March 12, 2009_
Frank L. VanderSloot


STATE OF IDAHO   )
                 ) ss
County of Bonneville )

On this _12th_ day of _March_____, 2009, before me, the undersigned, a Notary Public in and for the State of Idaho, appeared Frank L. VanderSloot, known to me to be the person whose name is subscribed to the foregoing affidavit consisting of two pages, including this page, and acknowledged to me that he executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

_Julie C. Miller_
NOTARY PUBLIC
My Commission Expires: _2/18/2015_