## AFFIDAVIT OF MCKAY CHRISTENSEN

I, McKay Christensen, hereby depose, swear, and affirmatively state and attest, under penalty of perjury, as follows:

1. I am the President of Melaleuca, Inc.

2. On Friday, March 6, 2009 at approximately 3:00 pm, a subpoena was delivered to me. The subpoena indicated that I was to appear for a deposition on March 13, 2009 at 1:00 pm. I understand that the subpoena was issued by Herbalife International of America, Inc. The subpoena was not accompanied by a check or any other form of payment.

3. Given the significant responsibilities I have as the President of Melaleuca, it would generally be very difficult for me to adjust my schedule to prepare for and testify at a deposition with only one week's notice.

4. It would be particularly difficult for me to adjust my schedule to prepare for and testify at a deposition on March 13, 2009 because of a Melaleuca conference taking place the following week. The conference is called Standing Executive Leadership Council ("SELC"), and it is a semi-annual Melaleuca event attended by hundreds of Melaleuca's highest ranking Marketing Executives. The SELC taking place during the week of March 16, 2009 is being held in Tucson, Arizona. I will be making several presentations at the conference. In addition to preparing for those presentations, it is my personal responsibility to supervise all of the arrangements for the conference. Given my current obligations in connection with SELC and my other regular responsibilities, it would create an extreme hardship for me to be required to adjust my schedule to prepare for and testify at a deposition on March 13, 2009.

5. I am informed that Herbalife is in litigation with the following individuals, who I understand are currently Melaleuca Marketing Executives: Robert and Julia Ford, Bruce and Nancy Roth, Jeff and Kathy Orr, Jason Fisher, and Dianna Thompson. I have little if any knowledge about the specifics of (1) the circumstances under which these individuals became

Melaleuca Marketing Executives or (2) any efforts by these individuals to build a business as Melaleuca Marketing Executives.

I declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge and belief.

Signature: _____  Date: 3-11-09
McKay Christensen

STATE OF IDAHO )
                ) ss
County of Bonneville )

On this 11 day of March, 2009, before me, the undersigned, a Notary Public in and for the State of Idaho, appeared McKay Christensen, known to me to be the person whose name is subscribed to the foregoing affidavit consisting of two pages, including this page, and acknowledged to me that he executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

_____
NOTARY PUBLIC
My Commission Expires: 6/14/2011

[Notary Seal: Jennifer Hall, Notary Public, State of Idaho]

**Affidavit of McKay Christensen - Page 2**