Michael L. LaClare, Esq. (ISB #7924)
Associate General Counsel
Melaleuca, Inc.
3910 S. Yellowstone Hwy.
Idaho Falls, ID 83402
Telephone: (208) 522-0700
Fax: (208) 534-2063

Attorney for Frank L. VanderSloot and McKay Christensen

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRANK L. VANDERSLOOT and MCKAY CHRISTENSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada corporation,<br><br>Defendant. | Case Number : 1:09-mc-06613-EJL-REB<br><br>**MOTION TO QUASH SUBPOENAS ISSUED TO FRANK L. VANDERSLOOT AND MCKAY CHRISTENSEN AND FOR PROTECTIVE ORDER** |

Frank L. VanderSloot and McKay Christensen, by and through their undersigned counsel, move this Court, pursuant to Federal Rules of Civil Procedure 45(c)(3) and 26(c), to enter (1) an order quashing the deposition subpoenas delivered to their offices at the direction of Herbalife International of America, Inc. on March 26, 2009, and (2) a protective order stating that Herbalife may not depose them at all in connection with the underlying litigation. This motion is supported by the accompanying memorandum of points and authorities, and the affidavits of Frank L. VanderSloot, McKay Christensen, and Michael LaClare, filed concurrently herewith.

DATED this 14th day of April, 2009.

_____
Michael LaClare, Attorney for Movants
ISB No. 7924

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of April, 2009, I filed the foregoing **MOTION TO QUASH SUBPOENAS ISSUED TO FRANK L. VANDERSLOOT AND MCKAY CHRISTENSEN AND FOR PROTECTIVE ORDER** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Alexander J. Shvartsman, Esq., Attorney for Defendant
E-mail Address: ashvartsman@mofo.com

_____
Michael LaClare, Attorney for Movants
ISB No. 7924