Michael L. LaClare, Esq. (ISB #7924)
Associate General Counsel
Melaleuca, Inc.
3910 S. Yellowstone Hwy.
Idaho Falls, ID 83402
Telephone: (208) 522-0700
Fax: (208) 534-2063

Attorney for Frank L. VanderSloot and McKay Christensen

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRANK L. VANDERSLOOT and MCKAY CHRISTENSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada corporation,<br><br>Defendant. | Case Number : 1:09-mc-06613-EJL-REB<br><br>**SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO QUASH SUBPOENAS ISSUED TO FRANK L. VANDERSLOOT AND MCKAY CHRISTENSEN AND FOR PROTECTIVE ORDER** |

The purpose of this Supplemental Memorandum is to submit two additional documents in support of the Motion to Quash Subpoenas Issued to Frank L. VanderSloot and McKay Christensen and For Protective Order ("Motion") that was filed by undersigned counsel on April 14, 2009 (Dkt. No. 5). In particular, undersigned counsel inadvertently neglected to provide copies of the two subpoenas that the Motion asks this Court to quash ("Subpoenas"). Copies of the Subpoenas are being provided as an exhibit to a supplemental affidavit executed by undersigned counsel, which is being filed concurrently herewith. *See* Exhibit A to Supplemental Affidavit of Michael LaClare.

DATED this 21st day of April, 2009.

*Michael LaClare*
Michael LaClare, Attorney for Plaintiffs
ISB No. 7924

Page 2 – SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO QUASH SUBPOENAS ISSUED TO FRANK L. VANDERSLOOT AND MCKAY CHRISTENSEN AND FOR PROTECTIVE ORDER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of April, 2009, I filed the foregoing **SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO QUASH SUBPOENAS ISSUED TO FRANK L. VANDERSLOOT AND MCKAY CHRISTENSEN AND FOR PROTECTIVE ORDER** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

> Alexander J. Shvartsman, Esq., Attorney for Defendant
> E-mail Address: ashvartsman@mofo.com
>
> James D. LaRue, Esq., Attorney for Defendant
> Email Address: jdl@elamburke.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

> Via e-mail addressed as follows:
>
> Charles E. Patterson, Esq., Attorney for Defendant
> E-mail Address: cpatterson@mofo.com
>
> Sean P. Gates, Esq., Attorney for Defendant
> E-mail Address: sgates@mofo.com

*Michael LaClare*
Michael LaClare, Attorney for Movants
ISB No. 7924